1  DORON WEINBERG (SBN 46131)
   WEINBERG & WILDER
2  Attorneys at Law
   523 Octavia Street
3  San Francisco, CA 94102
   Telephone:  (415) 431-3472
4  Facsimile:  (415) 552-2703
   doronweinberg@aol.com
5
   Attorneys for Defendant
6  HARRY ELLIS ROGERS

7              UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,  )    CASE NO.  CR-09-1014 JW
                              )
10        Plaintiff,          )    **STIPULATION TO CONTINUE
                              )    HEARING; (PROPOSED) ORDER**
11        vs.                 )
                              )
12 HARRY ELLIS ROGERS,        )
                              )
13        Defendant.          )
   _____ )

14

15        IT IS HEREBY STIPULATED between the parties, Doron Weinberg, attorney for

16 defendant Harry E. Rogers, and David Callaway, Assistant United States Attorney, attorney for

17 plaintiff United States, that the hearing scheduled for January 11, 2010 at 1:30 p.m., be

18 rescheduled to Monday, February 8, 2010 at 1:30 p.m.

19        The rescheduling of this matter is necessary to accommodate the ongoing diversion

20 eligibility review by the Office of Pretrial Services and, in any event, based upon the need for

21 effective defense preparation.

22 ///

23 ///

24 ///

25

26 Stipulation to Continue Hearing;
   (Proposed) Order [Case No. CR-09-1014 JW]          1

1        In addition, the parties agree that the time occasioned by this continuance is excludable

2    pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i) and (iv).

3
                                             WEINBERG & WILDER
4

5                                            /s/ Doron Weinberg
     Dated: January 11, 2010           By:_____
6                                            DORON WEINBERG

7                                            Attorney for Defendant
                                             HARRY ELLIS ROGERS
8
                                             UNITED STATES ATTORNEY
9

10

11   Dated:   January 11, 2010           By:_____
                                             /s/ David Callaway
12                                           DAVID CALLAWAY
                                             Assistant United States Attorney

13

14   **GOOD CAUSE APPEARING, IT IS SO ORDERED:**

15

16
     Dated:   January 11, 2010        _____
17                                       HONORABLE JAMES WARE
                                         Judge, United States District Court
18                                       Northern District of California

19

20

21

22

23

24

25

26   Stipulation to Continue Hearing;
     (Proposed) Order [Case No. CR-09-1014 JW]            2